IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLENE L. MATTHEIS (Paul), )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, Postmaster General, )<br>UNITED STATES POSTAL SERVICE, and )<br>ROBERT K. MULLIN, individually and in his )<br>official capacity, )<br>)<br>Defendants. ) | Civil Action No.: 04 0805<br><br>*In re: Doc. 22* |

## ORDER OF COURT

AND NOW, to wit, on this 27th day of July, 2005, upon consideration of Plaintiff's Motion for Leave of Court to File Amended Complaint and Withdraw Erroneously Filed Amended Complaint, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Amended Complaint filed on June 13, 2005 is hereby withdrawn. It is further ORDERED that Plaintiff, Carlene L. Mattheis (Paul), is granted leave of Court to file, within ten (10) days, the Amended Complaint as attached to her Motion as Exhibit "A". *The issues raised by counsel cannot be quickly resolved and can be best addressed through a dispositive motion following appropriate discovery & after a sufficient record has been developed.*

BY THE COURT:

*Francis X. Caiazza*
Francis X. Caiazza
Chief U.S. Magistrate Judge