```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| CARLENE L. MATTHEIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-805 |
| ) | Judge McVerry |
| ) | Magistrate Judge Caiazza |
| JOHN E. POTTER, Postmaster ) | In Re: Doc. 31 |
| General, UNITED STATES POSTAL ) | |
| SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS ORDERED that the Plaintiff shall file a response to the Defendant Robert K. Mullin's Motion to Strike (Doc. 31) by August 30, 2005.


August 15, 2005        s./Francis X. Caiazza
                       Francis X. Caiazza
                       U.S. Magistrate Judge


cc:
AUSA- Jessica Smolar

Stacey F. Vernallis, Esq.
Dana L. Bacsi, Esq.
Goehring, Rutter & Boehm
1424 Frick Building
Pittsburgh, PA 15219

```
Stacey F. Vernallis, Esq.
Dana L. Bacsi, Esq.
Goehring, Rutter & Boehm
1424 Frick Building
Pittsburgh, PA 15219
```